UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia,**<br><br>    Plaintiff,<br><br>  v.<br><br>**A5 Hospitality LLC**, a California Limited Liability Company,<br><br>    Defendants. | Case No.: 2:20−CV−02164−KJM−KJN<br><br>**ORDER ON REQUEST TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Complaint Filed:  October 28, 2020<br>Trial Date:            N/A |

  Having read the request to Continue Status (Pretrial Scheduling) Conference and finding good cause it is hereby ordered that the March 11, 2021 scheduling conference is reset to April 22, 2021 at 2:30 PM, with a joint status report due fourteen days prior.

  IT IS SO ORDERED.

Dated: March 03, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

-1-

Order                                                                2:20−CV−02164−KJM−KJN