UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia, | Case No. 2:20-cv-02164-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| A5 Hospitality LLC, | |
| Defendant. | |

On March 8, 2021, the Clerk's Office entered default as to defendant A5 Hospitality LLC. *See* ECF No. 10.  On April 8, 2021, plaintiff Orlando Garcia asked this court to vacate or continue that month's pre-trial scheduling conference because plaintiff "anticipate[d] filing a default judgment shortly."  Mot. Continue at 1, ECF No. 11.  The court vacated the pre-trial scheduling conference one week later.  *See* Min. Order, ECF No. 12.  More than ten months have passed, and this case has remained inactive.  Plaintiff is **ordered to show cause within fourteen days** why this action should not be dismissed for lack of prosecution.

IT IS SO ORDERED.

DATED: March 21, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1