UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | No. 2:20-cv-2164-KJM-KJN |
| Plaintiff, | ORDER VACATING HEARING AND ORDER TO RESPOND |
| v. | |
| A5 HOSPITALITY LLC, | |
| Defendant. | |

Presently pending before the court is plaintiff's motion for default judgment against defendant A5 Hospitality LLC, set for hearing on May 10, 2022. (ECF No. 17.) Pursuant to Local Rule 230(c), defendant was required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, i.e. April 18, 2022. Although that deadline has passed, no opposition or statement of non-opposition was filed.

Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides defendant one additional, final opportunity to oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 10, 2022 hearing on plaintiff's motion for default judgment is VACATED. The court takes this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The court will reschedule a hearing at a future date, if necessary;

1

2. Any opposition by defendant shall be filed no later than May 3, 2022, and the reply brief from plaintiff, if any, is due May 10, 2022;

3. Defendant is cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against it; and

4. Plaintiff shall promptly serve a copy of this order on defendant at its last-known address, and file a proof of service.

Dated: April 19, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

garc.2164