CENTER FOR DISABILITY ACCESS
Claudia Gavrilescu, Esq., SBN 333030
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Email: ADALit@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia,<br><br>    Plaintiff,<br>v.<br><br>A5 Hospitality LLC; and Does 1-10<br><br>    Defendants. | Case No. 2:20-CV-02164-DJC-KJN<br><br>Plaintiff's Notice of Voluntary Dismissal Without Prejudice<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: August 15, 2023                    CENTER FOR DISABILITY ACCESS

                                          By: _____
                                              Claudia Gavrilescu, Esq.
                                              Attorney for Plaintiff

1